B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mull, Reginald Antonio** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mull, Alison Leigh** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8097** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9115** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2385 Illinois Route 84<br>Thomson, IL**<br>ZIP Code **61285** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2385 Illinois Route 84<br>Thomson, IL**<br>ZIP Code **61285** |
| County of Residence or of the Principal Place of Business:<br>**Carroll** | County of Residence or of the Principal Place of Business:<br>**Carroll** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☐ Debts are primarily
  business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mull, Reginald Antonio**<br>**Mull, Alison Leigh** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **Northern District of Illinois** | Case Number:<br>**13-84213** | Date Filed:<br>**12/19/13** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Tiffany E. Rodriguez          February 17, 2014**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Tiffany E. Rodriguez** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mull, Reginald Antonio**<br>**Mull, Alison Leigh** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Reginald Antonio Mull**
Signature of Debtor  **Reginald Antonio Mull**

X **/s/ Alison Leigh Mull**
Signature of Joint Debtor **Alison Leigh Mull**

Telephone Number (If not represented by attorney)

**February 17, 2014**
Date

### Signature of Attorney*

X **/s/ Tiffany E. Rodriguez**
Signature of Attorney for Debtor(s)

**Tiffany E. Rodriguez**
Printed Name of Attorney for Debtor(s)

**Barrick, Switzer, Long, Balsley & Van Evera**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

Address

**815/962-6611  Fax: 815/962-0687**
Telephone Number

**February 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Reginald Antonio Mull**
**Alison Leigh Mull**

Debtor(s)

Case No. _____

Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Reginald Antonio Mull**
         **Reginald Antonio Mull**

Date:   **February 17, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Reginald Antonio Mull**
**Alison Leigh Mull**
_____
Debtor(s)

Case No. _____
Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Alison Leigh Mull**

                       **Alison Leigh Mull**

Date:   **February 17, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Reginald Antonio Mull,**
     **Alison Leigh Mull**
                                        Debtors

Case No. _____

Chapter _____ **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 282,500.00 | | |
| B - Personal Property | Yes | 4 | 92,101.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 318,831.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 316,454.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 63,743.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 13,300.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 10,218.81 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 374,601.00 | | |
| Total Liabilities | | | | 699,028.66 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Reginald Antonio Mull,**
       **Alison Leigh Mull**

Case No. _____

                                   Debtors

Chapter_____ **13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 316,454.66 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 316,454.66 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 13,300.00 |
| Average Expenses (from Schedule J, Line 22) | 10,218.81 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 19,460.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 316,454.66 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 63,743.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 83,203.00 |

B6A (Official Form 6A) (12/07)

In re      **Reginald Antonio Mull,**
**Alison Leigh Mull**
_____,
Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2385 Illinois Route 85**<br>**Thomson, Illinois 61285** | | **H** | **170,000.00** | **138,449.00** |
| **1065 W. Marietta Street**<br>**Decatur, IL 62526** | **Fee Simple** | **H** | **45,000.00** | **40,358.00** |
| **1415 N. College Street**<br>**Decatur, IL 62522** | **Fee Simple** | **H** | **32,500.00** | **26,399.00** |
| **1640 N. College Street**<br>**Decatur, IL 62522** | | **J** | **25,000.00** | **9,278.00** |
| **1186 E. Walnut Street**<br>**Decatur, IL 62526** | **Fee Simple** | **H** | **5,000.00** | **4,050.00** |
| **Wisconsin Dells Time Share:**<br>**PO Box 150**<br>**Scottsdale, AZ 85252** | **Joint tenant** | **J** | **5,000.00** | **0.00** |

Sub-Total >      **282,500.00**      (Total of this page)

Total >      **282,500.00**

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re    **Reginald Antonio Mull,**                              Case No. _____
       **Alison Leigh Mull**
                                  ,
                   Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Dear Harvester Credit Union Account** | **W** | **400.00** |
| | | **Staley Credit Union** | **H** | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings (living room set, bedroom sets, kitchen tables and normal compliment of household goods and furnishings)** | **J** | **5,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | **J** | **1,000.00** |
| 7. Furs and jewelry. | | **Wedding bands and engagement ring** | **J** | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **7,100.00**
(Total of this page)

_**3**_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Reginald Antonio Mull,**                                    Case No. _____
**Alison Leigh Mull**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Industrial Mechanical Contractors of Illinois (corporation is part of a Chapter 11 Bankruptcy and is wrapping up business)** | J | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                1.00
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Reginald Antonio Mull,**          Case No. _____
     **Alison Leigh Mull**

_____,
                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Cadillac Escalade EXT | J | 35,000.00 |
| | | 2007 Acura TL | J | 16,000.00 |
| | | 2007 Chrysler Aspen | J | 12,000.00 |
| | | 2003 Dodge Ram | J | 7,500.00 |
| | | 2007 Dodge Ram | J | 8,000.00 |
| | | 2003 KZ Cayotte | J | 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Printer, Desktop, Laptop | J | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **85,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Reginald Antonio Mull,**                                        Case No. _____
         **Alison Leigh Mull**
                                                              ,
                          Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | **X** | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **92,101.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Reginald Antonio Mull,**             Case No. _____

       **Alison Leigh Mull**

                                           ,

                                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2385 Illinois Route 85** | **735 ILCS 5/12-901** | **30,000.00** | **170,000.00** |
| **Thomson, Illinois 61285** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Dear Harvester Credit Union Account** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| | | | |
| **Staley Credit Union** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings (living room set, bedroom sets, kitchen tables and normal compliment of household goods and furnishings)** | **735 ILCS 5/12-1001(b)** | **5,000.00** | **5,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Clothes** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding bands and engagement ring** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Cadillac Escalade EXT** | **735 ILCS 5/12-1001(c)** | **485.00** | **35,000.00** |
| | | | |
| **2007 Chrysler Aspen** | **735 ILCS 5/12-1001(c)** | **959.00** | **12,000.00** |
| | | | |
| **2007 Dodge Ram** | **735 ILCS 5/12-1001(c)** | **1,219.00** | **8,000.00** |
| | | | |
| **2003 KZ Cayotte** | **735 ILCS 5/12-1001(c)** | **2,137.00** | **6,000.00** |
| | **735 ILCS 5/12-1001(b)** | **1,400.00** | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Printer, Desktop, Laptop** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | | | |
| | | Total: **43,800.00** | **238,600.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Reginald Antonio Mull,**
    **Alison Leigh Mull,**

Case No. _____

                                              ,
                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 0075** <br><br>**Americas Servicing Co.** <br>PO Box 10328 <br>Des Moines, IA 50306 | | H | 1065 W. Marietta Street <br>Decatur, IL 62526 <br><br><br>Value $        **45,000.00** | | | | 40,358.00 | 0.00 |
| Account No. **xxxxxx xx 0074** <br><br>**Americas Servicing Co.** <br>PO Box 10328 <br>Des Moines, IA 50306 | | H | 1415 N. College Street <br>Decatur, IL 62522 <br><br><br>Value $        **32,500.00** | | | | 26,399.00 | 0.00 |
| Account No. **xxxxxx xx 9193** <br><br>**Citimortgage, Inc.** <br>PO Box 9438 <br>Gaithersburg, MD 20898 | | J | 1640 N. College Street <br>Decatur, IL 62522 <br><br><br>Value $        **25,000.00** | | | | 9,278.00 | 0.00 |
| Account No. **xxxxxx xx 8596** <br><br>**Ria Federal Credit Union** <br>PO Box 4750 <br>Rock Island, IL 61204 | | H | 2009 Cadillac Escalade EXT <br><br><br>Value $        **35,000.00** | | | | 34,515.00 | 0.00 |
| __**2**__ continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | 110,550.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Reginald Antonio Mull,**
          **Alison Leigh Mull,**
                                                                           Case No. _____

                                              _____,
                                                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx xx 8570**<br><br>**Ria Federal Credit Union**<br>**PO Box 4750**<br>**Rock Island, IL 61204** | | H | | | 2007 Acura TL<br><br>Value $            **16,000.00** | | | | **16,053.00** | **53.00** |
| Account No. **xxxxxx xx 2971**<br><br>**Ria Federal Credit Union**<br>**PO Box 4750**<br>**Rock Island, IL 61204** | | H | | | 2003 Dodge Ram<br><br>Value $             **7,500.00** | | | | **11,789.00** | **4,289.00** |
| Account No. **xxxxxx xx 3519**<br><br>**Ria Federal Credit Union**<br>**PO Box 4750**<br>**Rock Island, IL 61204** | | H | | | 2007 Dodge Ram<br><br>Value $             **8,000.00** | | | | **6,781.00** | **0.00** |
| Account No. **xxxxxx xx 8201**<br><br>**State Bank of Pearl City**<br>**215 South Main Street**<br>**Pearl City, IL 61062** | | H | | | 2007 Chrysler Aspen<br><br>Value $            **12,000.00** | | | | **11,041.00** | **0.00** |
| Account No. **xxxxxx xx 0001**<br><br>**Wells Fargo Bank Nv Na**<br>**PO Box 31557**<br>**Billings, MT 59107** | | | | J | Second Mortgage<br><br>1186 E. Walnut Street<br>Decatur, IL 62526<br><br>Value $             **5,000.00** | | | | **4,050.00** | **0.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **49,714.00** | **4,342.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Reginald Antonio Mull,**                                   Case No. _____
       **Alison Leigh Mull**
_____ ,
                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 5837** <br><br> **Wells Fargo Home Mortgage** <br> **8480 Stagecoach Circle** <br> **Frederick, MD 21701** | | H | **First Mortgage** <br><br> **2385 Illinois Route 85** <br> **Thomson, Illinois 61285** <br><br> Value $              **170,000.00** | | | | **138,449.00** | **0.00** |
| Account No. **xxxxxx xx 1622** <br><br> **Wyndham Vo** <br> **10750 W. Charleston Blvd** <br> **Suite 130** <br> **Las Vegas, NV 89135** | | J | **Secured Time Share** <br><br> **Wisconsin Dells Time Share:** <br> **PO Box 150** <br> **Scottsdale, AZ 85252** <br><br> Value $                **5,000.00** | | | | **20,118.00** | **15,118.00** |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal <br> (Total of this page) | **158,567.00**     **15,118.00** |
| | Total <br> (Report on Summary of Schedules) | **318,831.00**     **19,460.00** |

B6E (Official Form 6E) (4/13)

In re    **Reginald Antonio Mull,**                                                    Case No. _____
            **Alison Leigh Mull,**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>     1     </u>  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Reginald Antonio Mull,**
       **Alison Leigh Mull**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carroll County** <br> **P.O. Box 198** <br> **Mount Carroll, IL 61053** | X | J | **Real Estate Taxes owed for Industrial Mechanical Contractors of Illinois** <br><br> **Notice Only** | | | | <br><br> 0.00 | 0.00 | <br><br> 0.00 |
| Account No. <br><br> **IL. Dept. of Employment Security** <br> **3033 S. State Street** <br> **10th Floor** <br> **Chicago, IL 60603** | X | J | **Employment taxes for Industrial Mechanical Contractors of Illinois** | | | | <br><br> 65,000.00 | 0.00 | <br><br> 65,000.00 |
| Account No. <br><br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | X | J | **Withholding in corporate taxes for Industrial Mechanical Contractors of Illinois (possible personal obligation)** | | | | <br><br> 180,000.00 | 0.00 | <br><br> 180,000.00 |
| Account No. <br><br> **Iowa Department of Revenue** <br> **PO Box 10471** <br> **Des Moines, IA 50306** | X | J | | | | | <br><br> 30,820.00 | 0.00 | <br><br> 30,820.00 |
| Account No. <br><br> **Local 498 Pension** <br> **59912** <br> **Milwaukee, WI 53259** | X | J | **Pension obligations of Industrial Mechanical Contractors of Illinois. Potential personal liability** | | | | <br><br> 40,634.66 | 0.00 | <br><br> 40,634.66 |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | 0.00 <br> 316,454.66 | 316,454.66 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 0.00 <br> 316,454.66 | 316,454.66 |

B6F (Official Form 6F) (12/07)

In re  **Reginald Antonio Mull,**                                    Case No. _____
      **Alison Leigh Mull,**
_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 1871**<br><br>**Aargon Agency Inc**<br>**8668 Spring Mountain Road**<br>**Las Vegas, NV 89117** | | W | **Collection Attorney Ameren Illinois** | | | | **975.00** |
| Account No. **xxxxxx xx 3143**<br><br>**Airgas**<br>**PO Box 802588**<br>**Chicago, IL 60680-2588** | X | J | **Debt of Industrial Mechanical Contractors of Illinois.** | | | | **Unknown** |
| Account No. **xxxxxx xx 7459**<br><br>**Allied Business Acco**<br>**300 1/2 South 2nd Street**<br>**Clinton, IA 52733** | | J | **Collection Boss Office Supplies** | | | | **1,113.00** |
| Account No.<br><br>**Allocco, Miller & Cahill**<br>**3409 N. Paulina Street**<br>**Chicago, IL 60657** | X | J | **Debt of Industrial Mechanical Contractors of Illinois.** | | | | **Unknown** |

  **18**  continuation sheets attached

                                            Subtotal                               **2,088.00**
                                   (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reginald Antonio Mull,**
       **Alison Leigh Mull,**
                                                                Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx xx 7324**<br><br>**Alternatives Collections, LLC**<br>**3842 Harlem Road**<br>**Suite 341**<br>**Buffalo, NY 14215** | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |
| Account No.<br><br>**Aquasys Flow Control Inc.**<br>**6045 Creditview Road**<br>**Suite 326**<br>**Mississaugua, ON L5V OB1, CA** | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |
| Account No. **xxxxxx xx 9972**<br><br>**AZZ Glavanizing**<br>**PO Box 843771**<br>**Dallas, TX 75284-3771** | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |
| Account No. **xxxxxx xx 2916**<br><br>**Berkleynet**<br>**PO Box 535080**<br>**Atlanta, GA 30353** | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |
| Account No. **xxxxxx xx 0200**<br><br>**Big River Equipment**<br>**5875 State St**<br>**Bettendorf, IA 52722** | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. Approximate and possible personal liability | | | | Unknown |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Reginald Antonio Mull,**
**Alison Leigh Mull,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Blackhawk Foundation Co., Inc.**<br>**PO Box 29**<br>**Geneseo, IL 61254** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 0694**<br><br>**Boss Office Supplies**<br>**127-5th Avenue**<br>**Clinton, IA 52732** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 4368**<br><br>**Bowman & Associates, Inc.**<br>**3802 34th Street** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 1238**<br><br>**Cap1/Frnrw**<br>**26525 N. Riverwoods Blvd**<br>**Lake Forest, IL 60045** | | W | | Charge Account | | | | **2,027.00** |
| Account No. **xxxxxx xx 7826**<br><br>**Capital One**<br>**PO Box 85520** | | H | | Credit Card | | | | **0.00** |

Sheet no. __2___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Reginald Antonio Mull,**
        **Alison Leigh Mull,**

                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx xx 0122** | | | | Credit Card | | | | |
| **Captial One** **26525 N. Riverwoods Blvd** **Lake Forest, IL 60045** | | W | | | | | | |
| | | | | | | | | **5,080.00** |
| Account No. **xxxxxx xx 4600** | | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | |
| **Central States Group** **PO Box 30047** **Omaha, NE 68103-1147** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxx xx 2567** | | | | Credit Card | | | | |
| **Citi** **PO Box 6241** **Sioux Falls, SD 57117** | | H | | | | | | |
| | | | | | | | | **8,534.00** |
| Account No. **xxxxxx xx 9239** | | | | Credit Card | | | | |
| **Citi** **PO Box 6241** **Sioux Falls, SD 57117** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. **xxxxxx xx 2042** | | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | |
| **Columbia Pipe & Supply Co.** **23671 Network Place** **Chicago, IL 60673** | X | | J | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __3___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal                 **13,614.00**
                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reginald Antonio Mull,**
       **Alison Leigh Mull,**

Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx xx 1351**<br><br>**Comenity Bank/Kingsize**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | W | | Charge Account | | | | **192.00** |
| Account No. **xxxxxx xx 4359**<br><br>**Comenity Bank/Roamans**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | W | | Charge Account | | | | **0.00** |
| Account No.<br><br>**Davis Sand & Gravel, Inc.**<br>**1130 W. Locust**<br>**Canton, IL 61520** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No.<br><br>**Diamond Vogal**<br>**1506 Bluff Road**<br>**Burlington, IA 52601** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No.<br><br>**Eastern Iowa Community College**<br>**306 West River Drive**<br>**Davenport, IA 52801-1221** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**192.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reginald Antonio Mull,**
      **Alison Leigh Mull,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx xx 9588**<br><br>**Fastenal Company**<br>**1286 Winona**<br>**Winona, MN 55987-1286** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No.<br><br>**Fereday Heating Company**<br>**1010 Broadway**<br>**Waterloo, IA 50703** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No.<br><br>**Gateway Door Company**<br>**203 21st Street**<br>**Camanche, IA 52730** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxx xx 8640**<br><br>**Gecrb/Jcp**<br>**PO Box 984100**<br>**El Paso, TX 79998** | | H | | Charge Account | | | | **1,767.00** |
| Account No. **xxxxx xx 6722**<br><br>**Gecrb/Jcp**<br>**PO Box 984100**<br>**El Paso, TX 79998** | | J | | Charge Account | | | | **0.00** |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,767.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**
      **Alison Leigh Mull**

Case No. _____

                                               ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 0549**<br><br>**Gecrb/Lowes**<br>**PO Box 865005**<br>**Orlando, FL 32896** | | W | **Charge Account** | | | | **0.00** |
| Account No. **xxxxxx xx 7229**<br><br>**Gecrb/Lowes**<br>**PO Box 965005**<br>**Orlando, FL 32896** | | J | **Charge Account** | | | | **0.00** |
| Account No. **xxxxxx xx 2302**<br><br>**Gecrb/Sams Club**<br>**PO Box 965005**<br>**Orlando, FL 32896** | | J | **Charge Account** | | | | **0.00** |
| Account No. **xxxxxx xx 3840**<br><br>**Grainger**<br>**5959 W. Howard Street**<br>**Niles, IL 60714-4014** | X | J | **Debt of Industrial Mechanical Contractors of Illinois.** | | | | **Unknown** |
| Account No. **xxxxxx xx 7222**<br><br>**H & R Accounts, Inc.**<br>**7017 John Deere Pkwy**<br>**Moline, IL 61265** | | H | **Collection Attorney Mercy Medical Center** | | | | **47.00** |

Sheet no. __**6**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**               Case No. _____
         **Alison Leigh Mull,**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx 1-001** <br><br> **Humana** <br> **PO Box 0884** <br> **Carol Stream, IL 60132** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **ending in DMEC** <br><br> **Hydratight** <br> **1102 Hall Court** <br> **Deer Park, TX 77536** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 6523** <br><br> **Kohls/Capone** <br> **N56 W. 17000 Ridgewood Drive** <br> **Menomonee Falls, WI 53051** | | W | Charge Account | | | | **3,213.00** |
| Account No. **xxxxxx xx 6780** <br><br> **Leeps** <br> **8001 Tyler Street** <br> **Merrillville, IN 46410** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 3-021** <br><br> **Liberty Mutual** <br> **PO Box 0992** <br> **Carol Stream, IL 60132** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. __7__ of __18__ sheets attached to Schedule of                  Subtotal                  | **3,213.00** |
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**
            **Alison Leigh Mull**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx xx 9305** <br><br> Liebovich <br> PO Box 1779 <br> Cedar Rapids, IA 52406 | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. <br><br> Lloyd's Plan <br> 3717 Brady <br> Davenport, IA 52806 | | J | | | Accounts ending in 0452, 8499, 6440 and 0424 | | | | **0.00** |
| Account No. **xxxxx xx 2644** <br><br> Manatts <br> PO Box 448 <br> Des Moines, IA 50302 | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxx xx 8178** <br><br> Mathis Kelley <br> 1046 W. Jefferson Street <br> Morton, IL 61550 | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxx xx 5428** <br><br> McElroy Metal Service Center <br> PO Box 1735 <br> Shreveport, LA 71166 | X | J | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. __**8**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Reginald Antonio Mull,**
**Alison Leigh Mull,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx xx 3400**<br><br>**McMaster - Carr Supply**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 2251**<br><br>**McNicholas Co.**<br>**PO Box 101211**<br>**Atlanta, GA 30392-1211** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **ending in NDME**<br><br>**Mid-States Supply Company, Inc**<br>**NW 6275**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-6275** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 0071**<br><br>**Midwest Collection**<br>**PO Box 445**<br>**Decatur, IL 62525** | | W | | Collection 10 City of Decatur | | | | **0.00** |
| Account No. **xxxxxx xx 702-0**<br><br>**Midwest Family Mutual**<br>**PO Box 9425**<br>**Minneapolis, MN 55440** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. **9** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**
       **Alison Leigh Mull,**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending in IMECH**<br><br>**Midwest Metal Products<br>PO Box 8800<br>Michigan City, IN 46361** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 3073**<br><br>**Modspace<br>1200 Swedesford<br>Berwyn, PA 19312** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xn 930**<br><br>**Napa Auto Parts<br>501 Main Street<br>Savanna, IL 61074** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 1770**<br><br>**NCS Equipment Rental<br>3211 Antelope Avenue<br>Kearney, NE 68847** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 7701**<br><br>**O'Brien Steel Services<br>1700 N.E. Adams** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. __**10**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reginald Antonio Mull,**
       **Alison Leigh Mull**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br>**O'Donnell Crane**<br>**59 W. Elm Avenue**<br>**Cortland, IL 60112** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| **Account No. xxxxxx xx 4363**<br>**Paramount Funding**<br>**242 W. 36th Street**<br>**14th Floor**<br>**New York, NY 10018** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| **Account No. xxxxxx xx 7324**<br>**Pattern Industries, Inc.**<br>**4539 Solutions Center**<br>**Chicago, IL 60677-4005** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| **Account No.**<br>**Peoria Roofing**<br>**309 N.E. Rock Island**<br>**Peoria, IL 61603** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| **Account No. INDMEC**<br>**Permatherm Inc.**<br>**269 Industrial Park Drive**<br>**Monticello, GA 31064** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**        Case No. _____
         **Alison Leigh Mull,**

                                                ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxx xx 5134**<br><br>**Petrochem**<br>**110 Corporate Plce**<br>**Vallejo, CA 94590** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx G796**<br><br>**Praxair**<br>**10660**<br>**Palatine, IL 60055-0660** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 5900**<br><br>**R.P. Lumber**<br>**9512 South Powell Road**<br>**Peoria, IL 61607** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No.<br><br>**R.S. Stover**<br>**PO Box 5101**<br>**Des Moines, IA 50305** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 1607**<br><br>**Ria Federal Credit Union**<br>**PO Box 4750**<br>**Rock Island, IL 61204** | | H | | Credit Card | | | | **9,124.00** |

Sheet no. __**12**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,124.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reginald Antonio Mull,**
     **Alison Leigh Mull,**

                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **IM02**<br><br>**SBM**<br>**501 Locust Street**<br>**Sterling, IL 61081** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | 0.00 |
| Account No. **xxxxxx xx 8478**<br><br>**Sears/Cbna**<br>**PO Box 6189** | | W | | Charge Account | | | | 126.00 |
| Account No.<br><br>**Seeser, Inc**<br>**3610 S. 45th Street**<br>**Clinton, IA 52732** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |
| Account No. **xxxxxx xx 425-6**<br><br>**Sherwin Williams**<br>**2010 Lincoln Way**<br>**Clinton, IA 52732** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |
| Account No. **xxxxxx xx 9084**<br><br>**SMC**<br>**1287 W. Ave**<br>**Ames, IA 50014** | X | | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | Unknown |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Reginald Antonio Mull,**
     **Alison Leigh Mull**                                                   Case No. _____

                                           ,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xx 8297**<br><br>**Springfield Electric**<br>**225 West Washington Street**<br>**East Peoria, IL 61611** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxx xx 5605**<br><br>**Staley Credit Union**<br>**3330 N. Woodford Street**<br>**Decatur, IL 62526** | | J | | Credit Card | | | | **5,904.00** |
| Account No. **xxxxx xx 5628**<br><br>**Stephenson Service Company**<br>**PO Box 917**<br>**Freeport, IL 61032** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No.<br><br>**Sterling Steel**<br>**1103 Industrial Park Road**<br>**Rock Falls, IL 61071** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxx xx 3023**<br><br>**Stetson Building Products**<br>**2205 Bell Avenue**<br>**Des Moines, IA 50321** | X | J | | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,904.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**
**Alison Leigh Mull**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 1032**<br><br>**Sunbelt Rentals**<br>**PO Box 375**<br>**Decatur, IL 62525** | X | J | **Debt of Industrial Mechanical Contractors of Illinois.** | | | | **Unknown** |
| Account No. **xxxxxx xx 5758**<br><br>**Thd/Cbna**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | J | **Charge Account** | | | | **2,411.00** |
| Account No. **xxxxxx xx 0409**<br><br>**The National Bank**<br>**852 Middle Road**<br>**Suite 101**<br>**Bettendorf, IA 52722** | | H | **Recreational** | | | | **8,488.00** |
| Account No. **xxxxxx xx 5141**<br><br>**Tradesmen International**<br>**4478 Solutions Center**<br>**Chicago, IL 60677** | X | J | **Debt of Industrial Mechanical Contractors of Illinois.** | | | | **Unknown** |
| Account No. **xxxxxx xx 1217**<br><br>**Trane**<br>**3600 Pammel Creek Rd**<br>**La Crosse, WI 54601** | X | J | **Debt of Industrial Mechanical Contractors of Illinois.** | | | | **Unknown** |

Sheet no. __**15**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,899.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**                                                     Case No. _____
         **Alison Leigh Mull**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx xx 5707** | | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | |
| **Trillium Contruction PO Box 671854 Detroit, MI 48267** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxx xx 5900** | | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | |
| **True Value 16074 South Oark Avenue South Holland, IL 60473** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Personal guarantee for corporate debt of Industrial Mechanical Contractors of Illinois | | | | |
| **Two Rivers Bank 222 N. Main Street Burlington, IA 52601** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. **xxxxxx xx 07-01** | | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | |
| **United Healthcare Insurance Company 22070 Network Place Chicago, IL 60673** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Debt of Industrial Mechanical Contractors of Illinois. | | | | |
| **United Rentals, Inc. PO Box 100711 Atlanta, GA 30384-0711** | X | | J | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reginald Antonio Mull,**
     **Alison Leigh Mull**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 6272**<br><br>**Unvl/Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | J | Credit Card | | | | **9,458.00** |
| Account No. **xxxxxx xx 9012**<br><br>**Van Meter, Inc.**<br>**5775 Tremont Avenue**<br>**Davenport, IA 52807** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx 7892**<br><br>**Von Maur**<br>**6565 Brady Street**<br>**Davenport, IA 52806-2054** | | W | Charge Account | | | | **0.00** |
| Account No. **xxxxxx xx 40-00**<br><br>**Wessels Sherman**<br>**1860 Executive Drive**<br>**Suite E-1**<br>**Oconomowoc, WI 53066** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |
| Account No. **xxxxxx xx US05**<br><br>**Westmont Interior Supply House**<br>**1926 S. Lydia Street**<br>**Peoria, IL 61605** | X | J | Debt of Industrial Mechanical Contractors of Illinois. | | | | **Unknown** |

Sheet no. **17** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,458.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reginald Antonio Mull,**
**Alison Leigh Mull**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx xx 3947** | | | | **Credit Card** | | | | |
| **Wff Cards** **3201 N. 4th Avenue** **Sioux Falls, SD 57104** | | | J | | | | | |
| | | | | | | | | **5,284.00** |
| Account No. **xxxxxx xx 5571** | | | | **Note Loan** | | | | |
| **Wffinance** **800 Walnut Street** **Des Moines, IA 50309** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. **xxxxxx xx 5571** | | | | **Note Loan** | | | | |
| **Wffinance** **800 Walnut Street** **Des Moines, IA 50309** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. **_18_** of **_18_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **5,284.00** |
| Total (Report on Summary of Schedules) | **63,743.00** |

B6G (Official Form 6G) (12/07)

In re    **Reginald Antonio Mull,**                                          Case No. _____
         **Alison Leigh Mull**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

 0
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Reginald Antonio Mull,**                        Case No. _____
          **Alison Leigh Mull**
                                        ,
                               Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Carroll County<br>P.O. Box 198<br>Mount Carroll, IL 61053 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | IL. Dept. of Employment Security<br>3033 S. State Street<br>10th Floor<br>Chicago, IL 60603 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Iowa Department of Revenue<br>PO Box 10471<br>Des Moines, IA 50306 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Local 498 Pension<br>59912<br>Milwaukee, WI 53259 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Airgas<br>PO Box 802588<br>Chicago, IL 60680-2588 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Allocco, Miller & Cahill<br>3409 N. Paulina Street<br>Chicago, IL 60657 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Alternatives Collections, LLC<br>3842 Harlem Road<br>Suite 341<br>Buffalo, NY 14215 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Aquasys Flow Control Inc.<br>6045 Creditview Road<br>Suite 326<br>Mississaugua, ON L5V OB1, CA |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | AZZ Glavanizing<br>PO Box 843771<br>Dallas, TX 75284-3771 |
| Ind. Mechanical Contractors of IL<br>8320 Martens Drive<br>Savanna, IL 61074 | Berkleynet<br>PO Box 535080<br>Atlanta, GA 30353 |

**5**
____ continuation sheets attached to Schedule of Codebtors

In re   **Reginald Antonio Mull,**                                    Case No. _____
        **Alison Leigh Mull,**
_____,
                        Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Big River Equipment**<br>**5875 State St**<br>**Bettendorf, IA 52722** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Blackhawk Foundation Co., Inc.**<br>**PO Box 29**<br>**Geneseo, IL 61254** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Boss Office Supplies**<br>**127-5th Avenue**<br>**Clinton, IA 52732** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Bowman & Associates, Inc.**<br>**3802 34th Street** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Central States Group**<br>**PO Box 30047**<br>**Omaha, NE 68103-1147** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Columbia Pipe & Supply Co.**<br>**23671 Network Place**<br>**Chicago, IL 60673** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Davis Sand & Gravel, Inc.**<br>**1130 W. Locust**<br>**Canton, IL 61520** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Diamond Vogal**<br>**1506 Bluff Road**<br>**Burlington, IA 52601** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Eastern Iowa Community College**<br>**306 West River Drive**<br>**Davenport, IA 52801-1221** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Fastenal Company**<br>**1286 Winona**<br>**Winona, MN 55987-1286** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Fereday Heating Company**<br>**1010 Broadway**<br>**Waterloo, IA 50703** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Gateway Door Company**<br>**203 21st Street**<br>**Camanche, IA 52730** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Grainger**<br>**5959 W. Howard Street**<br>**Niles, IL 60714-4014** |

Sheet   **1**   of   **5**   continuation sheets attached to the Schedule of Codebtors

In re    **Reginald Antonio Mull,**                                              Case No. _____
        **Alison Leigh Mull**
        _____,
                            Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Humana**<br>**PO Box 0884**<br>**Carol Stream, IL 60132** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Hydratight**<br>**1102 Hall Court**<br>**Deer Park, TX 77536** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Leeps**<br>**8001 Tyler Street**<br>**Merrillville, IN 46410** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Liberty Mutual**<br>**PO Box 0992**<br>**Carol Stream, IL 60132** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Liebovich**<br>**PO Box 1779**<br>**Cedar Rapids, IA 52406** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Manatts**<br>**PO Box 448**<br>**Des Moines, IA 50302** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Mathis Kelley**<br>**1046 W. Jefferson Street**<br>**Morton, IL 61550** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **McElroy Metal Service Center**<br>**PO Box 1735**<br>**Shreveport, LA 71166** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **McMaster - Carr Supply**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **McNicholas Co.**<br>**PO Box 101211**<br>**Atlanta, GA 30392-1211** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Mid-States Supply Company, Inc**<br>**NW 6275**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-6275** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Midwest Family Mutual**<br>**PO Box 9425**<br>**Minneapolis, MN 55440** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Midwest Metal Products**<br>**PO Box 8800**<br>**Michigan City, IN 46361** |

Sheet __**2**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re    **Reginald Antonio Mull,**                                         Case No. _____
     **Alison Leigh Mull**
_____,
                             Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Modspace**<br>**1200 Swedesford**<br>**Berwyn, PA 19312** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Napa Auto Parts**<br>**501 Main Street**<br>**Savanna, IL 61074** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **NCS Equipment Rental**<br>**3211 Antelope Avenue**<br>**Kearney, NE 68847** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **O'Brien Steel Services**<br>**1700 N.E. Adams** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **O'Donnell Crane**<br>**59 W. Elm Avenue**<br>**Cortland, IL 60112** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Paramount Funding**<br>**242 W. 36th Street**<br>**14th Floor**<br>**New York, NY 10018** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Pattern Industries, Inc.**<br>**4539 Solutions Center**<br>**Chicago, IL 60677-4005** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Peoria Roofing**<br>**309 N.E. Rock Island**<br>**Peoria, IL 61603** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Permatherm Inc.**<br>**269 Industrial Park Drive**<br>**Monticello, GA 31064** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Petrochem**<br>**110 Corporate Plce**<br>**Vallejo, CA 94590** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Praxair**<br>**10660**<br>**Palatine, IL 60055-0660** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **R.P. Lumber**<br>**9512 South Powell Road**<br>**Peoria, IL 61607** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **R.S. Stover**<br>**PO Box 5101**<br>**Des Moines, IA 50305** |

Sheet  **3**  of  **5**   continuation sheets attached to the Schedule of Codebtors

In re    **Reginald Antonio Mull,**                                 Case No. _____

         **Alison Leigh Mull**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **SBM**<br>**501 Locust Street**<br>**Sterling, IL 61081** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Seeser, Inc**<br>**3610 S. 45th Street**<br>**Clinton, IA 52732** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Sherwin Williams**<br>**2010 Lincoln Way**<br>**Clinton, IA 52732** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **SMC**<br>**1287 W. Ave**<br>**Ames, IA 50014** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Springfield Electric**<br>**225 West Washington Street**<br>**East Peoria, IL 61611** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Stephenson Service Company**<br>**PO Box 917**<br>**Freeport, IL 61032** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Sterling Steel**<br>**1103 Industrial Park Road**<br>**Rock Falls, IL 61071** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Stetson Building Products**<br>**2205 Bell Avenue**<br>**Des Moines, IA 50321** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Sunbelt Rentals**<br>**PO Box 375**<br>**Decatur, IL 62525** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Tradesmen International**<br>**4478 Solutions Center**<br>**Chicago, IL 60677** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Trane**<br>**3600 Pammel Creek Rd**<br>**La Crosse, WI 54601** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Trillium Contruction**<br>**PO Box 671854**<br>**Detroit, MI 48267** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **True Value**<br>**16074 South Oark Avenue**<br>**South Holland, IL 60473** |

Sheet __**4**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re      **Reginald Antonio Mull,**                                          Case No. _____
      **Alison Leigh Mull**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **United Healthcare Insurance Company**<br>**22070 Network Place**<br>**Chicago, IL 60673** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **United Rentals, Inc.**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Van Meter, Inc.**<br>**5775 Tremont Avenue**<br>**Davenport, IA 52807** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Wessels Sherman**<br>**1860 Executive Drive**<br>**Suite E-1**<br>**Oconomowoc, WI 53066** |
| **Ind. Mechanical Contractors of IL**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **Westmont Interior Supply House**<br>**1926 S. Lydia Street**<br>**Peoria, IL 61605** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Reginald Antonio Mull** |
| Debtor 2 (Spouse, if filing) | **Alison Leigh Mull** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | | |
| | Employer's name | **IMC of Wisconsin** | |
| | Employer's address | | |
| | How long employed there? | **2 months** | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   **12,500.00** | $   **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$   **0.00** | +$   **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $   **12,500.00** | $   **0.00** |

Debtor 1  **Reginald Antonio Mull**
Debtor 2  **Alison Leigh Mull**

Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 12,500.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 12,500.00 | $ 0.00 |

8. **List all other income regularly received:**

| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: __Rental Income__ | 8h.+ | $ 800.00 + | $ 0.00 |

| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 800.00 | $ 0.00 |
|---|---|---|---|

| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 13,300.00 + | $ 0.00 = | $ 13,300.00 |
|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                    12. $ 13,300.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Reginald Antonio Mull** |
| Debtor 2 (Spouse, if filing) | **Alison Leigh Mull** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J
# Schedule J: Your Expenses                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and Debtor 2.          ☐ Yes. Fill out this information for each dependent...........

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 11 | ☐ No  ■ Yes |
| Daughter | 15 | ☐ No  ■ Yes |
| Son | 19 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,332.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
| 4d.  Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  **Reginald Antonio Mull**
Debtor 2  **Alison Leigh Mull**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 550.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 25.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.  Other. Specify:  **Cell Phone** | 6d. $ | 250.00 |
| |     **Grooming** | $ | 130.00 |
| |     **Home phone/Internet** | $ | 100.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,850.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 50.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 800.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 400.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 400.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 35.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 179.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 850.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 397.00 |
| | 17c.  Other. Specify:  **Vehicle # 3** | 17c. $ | 550.00 |
| | 17d.  Other. Specify:  **1640 N. College Street Mortgage** | 17d. $ | 375.04 |
| |     **1640 N. College Street Insurance** | $ | 30.00 |
| |     **1640 N. College Street Property Taxes** | $ | 80.00 |
| |     **1640 N. College Street Maintenance** | $ | 100.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | 19. $ | |
| | Specify: | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **I-Pass** | 21. +$ | 40.00 |
| | **Extracular expenses for children (piano, etc.)** | +$ | 100.00 |
| | **Pets** | +$ | 50.00 |
| | **Car Repairs and Oil Changes** | +$ | 100.00 |
| | **1065 W. Marietta Mortgage** | +$ | 435.77 |
| | **1065 W. Marietta Insurance** | +$ | 60.00 |
| | **1065 W. Marietta Maintenance** | +$ | 200.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. $ | 10,218.81 |
| | The result is your monthly expenses. | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 13,300.00 |
| | 23b.  Copy your monthly expenses from line 22 above. | 23b. -$ | 10,218.81 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 3,081.19 |

| Debtor 1 | **Reginald Antonio Mull** | |
|---|---|---|
| Debtor 2 | **Alison Leigh Mull** | Case number (if known) |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Reginald Antonio Mull**
**Alison Leigh Mull**
_____
Debtor(s)

Case No. _____

Chapter   **13** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **44**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 17, 2014** _____

Signature   **/s/ Reginald Antonio Mull** _____
**Reginald Antonio Mull**
Debtor

Date   **February 17, 2014** _____

Signature   **/s/ Alison Leigh Mull** _____
**Alison Leigh Mull**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Reginald Antonio Mull**
      **Alison Leigh Mull**

_____    Case No. _____
                                            Debtor(s)      Chapter    **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$37,000.00** | **2013 Gross Income from Employment (approximate)** |
| **$36,729.00** | **2012 Gross Income from Employment** |
| **$36,050.00** | **2011 Gross Income from Employment** |
| **$13,745.00** | **2012 Business Losses** |
| **$6,000.00** | **2011 Partnership S-Corp Income** |
| **$25,000.00** | **2011 Business Losses** |

B7 (Official Form 7) (04/13)

2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,950.00** | **Pension/Annuity** |

---

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Stephenson Service Company vs. Reginald A. Mull** | | **County of Stephenson, State of Illinois** | **Judgment entered/citati on pending** |
| **2013 SC 328** | | | |
| **England v. Mull & Industrial Mechanical Contractors of Illinois** | | **Carroll County** | **Pending** |
| **13 LM 3** | | | |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **O'Brien Steel v. Mull & Industrial Mechanical Contractors of Illinois** | | **Carroll County** | **Judgment entered** |
| **13 LM 21** | | | |
| **Two Rivers Bank v. Mull, et al** | | **Carroll County** | **Pending** |
| **13 CH 46** | | | |
| **Two Rivers Bank v. Mull, et al.** | | **Carroll County** | **Dismissed** |
| **13 CH 38** | | | |

None
☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ria Federal Credit Union**<br>**PO Box 4750**<br>**Rock Island, IL 61204** | **January 28, 2014** | **2007 Dodge Ram** |
| **Ria Federal Credit Union**<br>**PO Box 4750**<br>**Rock Island, IL 61204** | **January 28, 2013** | **2007 Acura TL** |

**5.  Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Barrick, Switzer, Long, Balsley & Van Ev**<br>**6833 Stalter Drive**<br>**Rockford, IL 61108** | **February 14, 2014** | **$2,306.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Industrial Mechanical Contractors of IL** | 27-16488072 | **8320 Martens Drive Savanna, IL 61074** | **Heavy Industrial Construction** | **February 2010 - present** |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marcus Cooper 8320 Martens Drive Savanna, IL 61074** | **Feburary 2010 - present** |

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **paul Nagovan**<br>**1511 46th Avenue**<br>**Moline, IL 61265** | | **February 2010 - present** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Marcus Cooper** | **8320 Martens Drive**<br>**Savanna, IL 61074** | **February 2010 - present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Marcus Cooper**<br>**February 2010 - present** | **8320 Martens Drive**<br>**Savanna, IL 61074** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Two Rivers Bank**<br>**222 N. Main Street**<br>**Burlington, IA 52601** | |
| **Blackhawk Foundation Co., Inc.**<br>**PO Box 29**<br>**Geneseo, IL 61254** | |

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Reginald Mull**<br>**8320 Martens Drive**<br>**Savanna, IL 61074** | **President** | **100%** |

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME       ADDRESS       DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS       TITLE       DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,       DATE AND PURPOSE       AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL       OR DESCRIPTION AND
      VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER (EIN)
**Industrial Mechanical Contractors of Illinois**       **27-1648072**

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **February 17, 2014**       Signature   **/s/ Reginald Antonio Mull**
      **Reginald Antonio Mull**
      Debtor

Date **February 17, 2014**       Signature   **/s/ Alison Leigh Mull**
      **Alison Leigh Mull**
      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Reginald Antonio Mull**
       **Alison Leigh Mull**

Case No. _____

Debtor(s)      Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **4,000.00** |
| Prior to the filing of this statement I have received | $     **2,025.00** |
| Balance Due | $     **1,975.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 17, 2014**

**/s/ Tiffany E. Rodriguez**
**Tiffany E. Rodriguez**
**Barrick, Switzer, Long, Balsley & Van Evera**
**6833 Stalter Drive**
**Rockford, IL 61108**
**815/962-6611   Fax: 815/962-0687**

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Reginald Antonio Mull**
         **Alison Leigh Mull**

                             Debtor(s)

Case No.

Chapter    **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Reginald Antonio Mull**
**Alison Leigh Mull**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Reginald Antonio Mull**      **February 17, 2014**

Signature of Debtor              Date

X   **/s/ Alison Leigh Mull**         **February 17, 2014**

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Reginald Antonio Mull**
**Alison Leigh Mull**

Case No.

Debtor(s)

Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **101**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 17, 2014**

**/s/ Reginald Antonio Mull**
**Reginald Antonio Mull**
Signature of Debtor

Date:   **February 17, 2014**

**/s/ Alison Leigh Mull**
**Alison Leigh Mull**
Signature of Debtor

.

Aargon Agency Inc
8668 Spring Mountain Road
Las Vegas, NV 89117


Airgas
PO Box 802588
Chicago, IL 60680-2588


Allied Business Acco
300 1/2 South 2nd Street
Clinton, IA 52733


Allocco, Miller & Cahill
3409 N. Paulina Street
Chicago, IL 60657


Alternatives Collections, LLC
3842 Harlem Road
Suite 341
Buffalo, NY 14215


Americas Servicing Co.
PO Box 10328
Des Moines, IA 50306


Aquasys Flow Control Inc.
6045 Creditview Road
Suite 326
Mississaugua, ON L5V OB1, CA


AZZ Glavanizing
PO Box 843771
Dallas, TX 75284-3771


Berkleynet
PO Box 535080
Atlanta, GA 30353


Big River Equipment
5875 State St
Bettendorf, IA 52722


Blackhawk Foundation Co., Inc.
PO Box 29
Geneseo, IL 61254

Boss Office Supplies
127-5th Avenue
Clinton, IA 52732


Bowman & Associates, Inc.
3802 34th Street


Cap1/Frnrw
26525 N. Riverwoods Blvd
Lake Forest, IL 60045


Capital One
PO Box 85520


Captial One
26525 N. Riverwoods Blvd
Lake Forest, IL 60045


Carroll County
P.O. Box 198
Mount Carroll, IL 61053


Central States Group
PO Box 30047
Omaha, NE 68103-1147


Citi
PO Box 6241
Sioux Falls, SD 57117


Citimortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673


Comenity Bank/Kingsize
PO Box 182789
Columbus, OH 43218

Comenity Bank/Roamans
PO Box 182789
Columbus, OH 43218


Davis Sand & Gravel, Inc.
1130 W. Locust
Canton, IL 61520


Diamond Vogal
1506 Bluff Road
Burlington, IA 52601


Eastern Iowa Community College
306 West River Drive
Davenport, IA 52801-1221


Fastenal Company
1286 Winona
Winona, MN 55987-1286


Fereday Heating Company
1010 Broadway
Waterloo, IA 50703


Gateway Door Company
203 21st Street
Camanche, IA 52730


Gecrb/Jcp
PO Box 984100
El Paso, TX 79998


Gecrb/Lowes
PO Box 865005
Orlando, FL 32896


Gecrb/Lowes
PO Box 965005
Orlando, FL 32896


Gecrb/Sams Club
PO Box 965005
Orlando, FL 32896

Grainger
5959 W. Howard Street
Niles, IL 60714-4014


H & R Accounts, Inc.
7017 John Deere Pkwy
Moline, IL 61265


Humana
PO Box 0884
Carol Stream, IL 60132


Hydratight
1102 Hall Court
Deer Park, TX 77536


IL. Dept. of Employment Security
3033 S. State Street
10th Floor
Chicago, IL 60603


Ind. Mechanical Contractors of IL
8320 Martens Drive
Savanna, IL 61074


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Iowa Department of Revenue
PO Box 10471
Des Moines, IA 50306


Kohls/Capone
N56 W. 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Leeps
8001 Tyler Street
Merrillville, IN 46410


Liberty Mutual
PO Box 0992
Carol Stream, IL 60132

Liebovich
PO Box 1779
Cedar Rapids, IA 52406


Lloyd's Plan
3717 Brady
Davenport, IA 52806


Local 498 Pension
59912
Milwaukee, WI 53259


Manatts
PO Box 448
Des Moines, IA 50302


Mathis Kelley
1046 W. Jefferson Street
Morton, IL 61550


McElroy Metal Service Center
PO Box 1735
Shreveport, LA 71166


McMaster - Carr Supply
PO Box 7690
Chicago, IL 60680-7690


McNicholas Co.
PO Box 101211
Atlanta, GA 30392-1211


Mid-States Supply Company, Inc
NW 6275
PO Box 1450
Minneapolis, MN 55485-6275


Midwest Collection
PO Box 445
Decatur, IL 62525


Midwest Family Mutual
PO Box 9425
Minneapolis, MN 55440

Midwest Metal Products
PO Box 8800
Michigan City, IN 46361


Modspace
1200 Swedesford
Berwyn, PA 19312


Napa Auto Parts
501 Main Street
Savanna, IL 61074


NCS Equipment Rental
3211 Antelope Avenue
Kearney, NE 68847


O'Brien Steel Services
1700 N.E. Adams


O'Donnell Crane
59 W. Elm Avenue
Cortland, IL 60112


Paramount Funding
242 W. 36th Street
14th Floor
New York, NY 10018


Pattern Industries, Inc.
4539 Solutions Center
Chicago, IL 60677-4005


Peoria Roofing
309 N.E. Rock Island
Peoria, IL 61603


Permatherm Inc.
269 Industrial Park Drive
Monticello, GA 31064


Petrochem
110 Corporate Plce
Vallejo, CA 94590

Praxair
10660
Palatine, IL 60055-0660


R.P. Lumber
9512 South Powell Road
Peoria, IL 61607


R.S. Stover
PO Box 5101
Des Moines, IA 50305


Ria Federal Credit Union
PO Box 4750
Rock Island, IL 61204


SBM
501 Locust Street
Sterling, IL 61081


Sears/Cbna
PO Box 6189


Seeser, Inc
3610 S. 45th Street
Clinton, IA 52732


Sherwin Williams
2010 Lincoln Way
Clinton, IA 52732


SMC
1287 W. Ave
Ames, IA 50014


Springfield Electric
225 West Washington Street
East Peoria, IL 61611


Staley Credit Union
3330 N. Woodford Street
Decatur, IL 62526

State Bank of Pearl City
215 South Main Street
Pearl City, IL 61062


Stephenson Service Company
PO Box 917
Freeport, IL 61032


Sterling Steel
1103 Industrial Park Road
Rock Falls, IL 61071


Stetson Building Products
2205 Bell Avenue
Des Moines, IA 50321


Sunbelt Rentals
PO Box 375
Decatur, IL 62525


Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117


The National Bank
852 Middle Road
Suite 101
Bettendorf, IA 52722


Tradesmen International
4478 Solutions Center
Chicago, IL 60677


Trane
3600 Pammel Creek Rd
La Crosse, WI 54601


Trillium Contruction
PO Box 671854
Detroit, MI 48267


True Value
16074 South Oark Avenue
South Holland, IL 60473

Two Rivers Bank
222 N. Main Street
Burlington, IA 52601


United Healthcare Insurance Company
22070 Network Place
Chicago, IL 60673


United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384-0711


Unvl/Citi
PO Box 6241
Sioux Falls, SD 57117


Van Meter, Inc.
5775 Tremont Avenue
Davenport, IA 52807


Von Maur
6565 Brady Street
Davenport, IA 52806-2054


Wells Fargo Bank Nv Na
PO Box 31557
Billings, MT 59107


Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701


Wessels Sherman
1860 Executive Drive
Suite E-1
Oconomowoc, WI 53066


Westmont Interior Supply House
1926 S. Lydia Street
Peoria, IL 61605


Wff Cards
3201 N. 4th Avenue
Sioux Falls, SD 57104

Wffinance
800 Walnut Street
Des Moines, IA 50309


Wyndham Vo
10750 W. Charleston Blvd
Suite 130
Las Vegas, NV 89135