# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: REGINALD A. MULL § Case No. 14-80430
      ALISON L. MULL §
                     Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 02/17/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 12/05/2014.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,800.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 10,500.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,500.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 628.70 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 628.70 |

Attorney fees paid and disclosed by debtor(s):   $ 2,025.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BARRICK SWITZER LONG BALSLEY | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| AMERICA'S SERVICING COMPANY | Sec | 2,614.62 | 3,688.74 | 3,688.74 | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RIA FEDERAL CREDIT UNION | Sec | 35,598.39 | 35,655.78 | 35,598.39 | 2,865.01 | 1,294.07 |
| RIA FEDERAL CREDIT UNION | Uns | 0.00 | 0.00 | 57.39 | 0.00 | 0.00 |
| RIA FEDERAL CREDIT UNION | Sec | 17,053.97 | 17,503.97 | 17,053.97 | 1,526.59 | 554.79 |
| RIA FEDERAL CREDIT UNION | Uns | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 |
| RIA FEDERAL CREDIT UNION | Sec | 12,815.74 | 12,873.40 | 12,815.74 | 1,078.19 | 426.66 |
| RIA FEDERAL CREDIT UNION | Uns | 0.00 | 0.00 | 57.66 | 0.00 | 0.00 |
| RIA FEDERAL CREDIT UNION | Sec | 8,126.35 | 8,126.35 | 8,000.00 | 794.06 | 262.53 |
| RIA FEDERAL CREDIT UNION | Uns | 0.00 | 0.00 | 126.35 | 0.00 | 0.00 |
| STATE BANK OF PEARL CITY | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO OPERATIONS | Uns | 0.00 | 4,325.05 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 5,400.00 | 6,343.87 | 6,343.87 | 0.00 | 0.00 |
| WNYDHAM VO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CARROLL COUNTY | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT. OF EMP SECURITY | Pri | 65,000.00 | 46,580.82 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT. OF EMP SECURITY | Uns | 0.00 | 38,591.74 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 180,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| IOWA DEPARTMENT OF REVENUE | Pri | 30,820.00 | 40,092.23 | 40,092.23 | 0.00 | 0.00 |
| IOWA DEPARTMENT OF REVENUE | Uns | 0.00 | 3,614.70 | 3,614.70 | 0.00 | 0.00 |
| LOCAL 498 PENSION | Pri | 40,634.66 | NA | NA | 0.00 | 0.00 |
| AARGON AGENCY INC | Uns | 975.00 | NA | NA | 0.00 | 0.00 |
| AIRGAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 1,113.00 | 1,113.15 | 1,113.15 | 0.00 | 0.00 |
| ALLOCCO MILLER & CAHILL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALTERNATIVES COLLECTIONS LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AQUASYS FLOW CONTROL INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AZZ GLAVANIZING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BERKLEYNET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BIG RIVER EQUIPMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FOUNDATION CO INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BOSS OFFICE SUPPLIES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BOWMAN & ASSOCIATES INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP 1 / FRNRW | Uns | 2,027.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 5,080.00 | 5,115.02 | 5,115.02 | 0.00 | 0.00 |
| CENTRAL STATES GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Uns | 8,534.00 | 2,494.18 | 2,494.18 | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Uns | 0.00 | 9,493.02 | 9,493.02 | 0.00 | 0.00 |
| COLUMBIA PIPE & SUPPLY CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 192.00 | 216.68 | 216.68 | 0.00 | 0.00 |
| COMENITY BANK / ROAMANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DAVIS SAND & GRAVEL INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIAMOND VOGAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EASTERN IOWA COMMUNITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FASTENAL COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FEREDAY HEATING | Uns | 0.00 | 3,935.07 | 0.00 | 0.00 | 0.00 |
| GATEWAY DOOR COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,767.00 | 1,689.31 | 1,689.31 | 0.00 | 0.00 |
| GECRB / JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB / LOWES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GECRB / LOWES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB / SAMS CLUB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GRAINGER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCY MEDICAL CENTER | Uns | 47.00 | 47.13 | 47.13 | 0.00 | 0.00 |
| HUMANA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HYDRATIGHT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 3,213.00 | 3,248.86 | 3,248.86 | 0.00 | 0.00 |
| LEEPS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LIEBOVICH STEEL & ALUMINUM | Uns | 0.00 | 22,513.41 | 22,513.41 | 0.00 | 0.00 |
| LLOYDS PLAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MANATTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MATHIS KELLEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MCELROY METAL SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MCMASTER - CARR SUPPLY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MCNICHOLAS CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MID-STATE SUPPLY COMPANY INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST FAMILY MUTUAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST METAL PRODUCTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MODSPACE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAPA AUTO PARTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCS EQUIPMENT | Uns | 0.00 | 7,796.55 | 7,796.55 | 0.00 | 0.00 |
| OBRIEN STEEL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ODONNELL CRANE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PARAMOUNT FUNDING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PATTERN INDUSTRIES INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PEORIA ROOFING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PERMATHERM INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PETROCHEM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRAXAIR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RP LUMBER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RS STOVER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RIA FEDERAL CREDIT UNION | Uns | 9,124.00 | NA | NA | 0.00 | 0.00 |
| SBM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Uns | 126.00 | 151.10 | 151.10 | 0.00 | 0.00 |
| SEESER INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SHERWIN WILLIAMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SMC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGFIELD ELECTRIC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STALEY CREDIT UNION | Uns | 5,904.00 | 5,992.84 | 5,992.84 | 0.00 | 0.00 |
| STEPHENSON SERVICE COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STERLING STEEL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STETSON BUILDING PRODUCTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNBELT RENTALS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| THD / CBNA | Uns | 2,411.00 | NA | NA | 0.00 | 0.00 |
| THE NATIONAL BANK | Sec | 8,488.00 | 8,592.30 | 8,592.00 | 753.67 | 315.73 |
| THE NATIONAL BANK | Uns | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 |
| TRADESMEN INTERNATIONAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRILLIUM CONSTRUCTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRUE VALUE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TWO RIVERS BANK & TRUST | Uns | 0.00 | 163,518.00 | 163,518.00 | 0.00 | 0.00 |
| UNITED HEALTHCARE INSURANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED RENTALS | Uns | 0.00 | 85,633.33 | 85,633.33 | 0.00 | 0.00 |
| UNVL / CITI | Uns | 9,458.00 | NA | NA | 0.00 | 0.00 |
| VAN METER INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VON MAUR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WESSELS SHERMAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTMONT INTERIOR SUPPLY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Uns | 5,284.00 | 5,284.81 | 5,284.81 | 0.00 | 0.00 |
| WFFINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFFINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IND MECHANICAL CONTRACTORS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 0.00 | 1,471.24 | 1,471.24 | 0.00 | 0.00 |
| JO CARROLL ENERGY | Uns | 1,201.39 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO EQUIPMENT | Uns | 0.00 | 6,544.64 | 6,544.64 | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Uns | 0.00 | 8,764.25 | 8,764.25 | 0.00 | 0.00 |
| IOWA DEPARTMENT OF REVENUE | Uns | 0.00 | 903.91 | 903.91 | 0.00 | 0.00 |
| ILLINOIS DEPT. OF EMP SECURITY | Pri | 0.00 | 13,920.12 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| ILLINOIS DEPT. OF EMP SECURITY | Uns | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 10,032.61 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 82,060.10 | $ 7,017.52 | $ 2,853.78 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 92,092.71 | $ 7,017.52 | $ 2,853.78 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 41,092.23 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 41,092.23 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 336,297.83 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 628.70 |
| Disbursements to Creditors | $ 9,871.30 |
| **TOTAL DISBURSEMENTS:** | $ 10,500.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/19/2015        By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)